1  DAVID D. PIPER, CASB No. 179889
   david.piper@kyl.com
2  BRIAN M. BOHN, CASB No. 279469
   brian.bohn@kyl.com
3  KEESAL, YOUNG & LOGAN
4  A Professional Corporation
   400 Oceangate, P.O. Box 1730
5  Long Beach, California 90801-1730
   Telephone:  (562) 436-2000
6  Facsimile:  (562) 436-7416
7
   Attorneys for Defendant
8  JPMORGAN CHASE BANK, N.A., as
   acquirer of certain assets and liabilities of
9  Washington Mutual Bank from the Federal
   Deposit Insurance Corporation, as Receiver for
10 Washington Mutual Bank, erroneously sued as
   "JPMORGAN CHASE BANK, N.A., a
11 successor to WASHINGTON NATIONAL
12 BANK"

13

14              UNITED STATES DISTRICT COURT

15              CENTRAL DISTRICT OF CALIFORNIA

16

17 JAMES A. BADAME and DIANE M.      )  Case No. CV13- 4673 PA (FFMx)
   BADAME,                           )
18                                   )  DEFENDANT'S CORPORATE
                          Plaintiff, )  DISCLOSURE STATEMENT
19                                   )
            vs.                      )  [F.R.C.P. 7.1]
20                                   )
21 JP MORGAN CHASE BANK,             )
   NATIONAL ASSOCIATION, A           )
22 SUCCESSOR TO WASHINGTON           )
   NATIONAL BANK, and                )
23 DOES 1 to 100, Inclusive,         )
                                     )
24                       Defendants. )
                                     )
25 _____)

26

27         TO THIS HONORABLE COURT OF RECORD: The undersigned,

28 counsel of record for defendant JPMORGAN CHASE BANK, N.A., as acquirer of

- 1 -

DAVID D. PIPER, CASB No. 179889
david.piper@kyl.com
BRIAN M. BOHN, CASB No. 279469
brian.bohn@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
400 Oceangate, P.O. Box 1730
Long Beach, California 90801-1730
Telephone: (562) 436-2000
Facsimile: (562) 436-7416

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A., as acquirer of certain assets and liabilities of Washington Mutual Bank from the Federal Deposit Insurance Corporation, as Receiver for Washington Mutual Bank, erroneously sued as "JPMORGAN CHASE BANK, N.A., a successor to WASHINGTON NATIONAL BANK"

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES A. BADAME and DIANE M. BADAME,<br><br>Plaintiff,<br><br>vs.<br><br>JP MORGAN CHASE BANK, NATIONAL ASSOCIATION, A SUCCESSOR TO WASHINGTON NATIONAL BANK, and DOES 1 to 100, Inclusive,<br><br>Defendants. | Case No. _____<br><br>**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**<br><br>**[F.R.C.P. 7.1]** |

TO THIS HONORABLE COURT OF RECORD: The undersigned, counsel of record for defendant JPMORGAN CHASE BANK, N.A., as acquirer of

certain assets and liabilities of Washington Mutual Bank from the Federal Deposit Insurance Corporation, as Receiver for Washington Mutual Bank, erroneously sued as "JPMORGAN CHASE BANK, N.A., a successor to WASHINGTON NATIONAL BANK" ("Defendant"), hereby submits this disclosure statement pursuant to Federal Rule of Civil Procedure (FRCP) Rule 7.1:

  1. JPMorgan Chase Bank, N.A. is a wholly-owned subsidiary of JP Morgan Chase & Co.

  Defendant acknowledges its continuing obligation to file an amended Disclosure Statement upon discovery of any additional relevant information hereto.

DATED: June 27, 2013

          /s/ Brian M. Bohn
          DAVID D. PIPER
          BRIAN M. BOHN
          KEESAL, YOUNG & LOGAN
          Attorneys for Defendant
          JPMORGAN CHASE BANK, N.A., as acquirer of certain assets and liabilities of Washington Mutual Bank from the Federal Deposit Insurance Corporation, as Receiver for Washington Mutual Bank, erroneously sued as "JPMORGAN CHASE BANK, N.A., a successor to WASHINGTON NATIONAL BANK"

**PROOF OF SERVICE**
**James A Badame, et al. v. JPMorgan Chase Bank N.A.**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

 I am employed in the County of LOS ANGELES, State of California. I am over the age of 18 and not a party to the within action; my business address is Keesal, Young & Logan, 400 Oceangate, P.O. Box 1730, Long Beach, California 90801-1730.

 On June 27, 2013, I served the foregoing documents described as ***DEFENDANT'S CORPORATE DISCLOSURE STATEMENT*** on the parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Arthur Grebow
Grebow & Rubin, LP
16133 Ventura Boulevard, Suite 260
Encino, California 91436
Tel: (818)783-1100
Fax: (818)783-1103

 ☒ BY OVERNIGHT DELIVERY: I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the above-named persons at the addresses exhibited therewith. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

 Executed on June 27, 2013 at Long Beach, California.

 I declare under penalty of perjury under the laws of the State of California and United States of America that the foregoing is true and correct.

 I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

_____
RHEA MERCADO